DAVID A. DILLARD, CA Bar No. 97515
ddillard@lewisroca.com
KYLE W. KELLAR, CA Bar No. 294253
kkellar@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff
BLUMENTHAL DISTRIBUTING, INC.
dba OFFICE STAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUMENTHAL DISTRIBUTING, INC. dba OFFICE STAR, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GAMESIS, INC., a suspended California corporation, and TONY S. CHENG, an individual,<br><br>Defendants. | Case No. 5:22-cv-01307-SPG-JC<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS GAMESIS, INC. AND TONY S. CHENG AND PERMANENT INJUNCTION**<br><br>DATE: November 30, 2022<br>TIME: 1:30 p.m.<br>CTRM: 5C<br>First Street Courthouse<br>350 West First Street<br>Los Angeles, CA 90012<br><br>Hon. Sherilyn Peace Garnett |

119035967.1

**TO THE COURT AND DEFENDANTS GAMESIS, INC. AND TONY S. CHENG:**

PLEASE TAKE NOTICE that on November 30, 2022 at 1:30 p.m., or as soon thereafter as this matter may be heard before the Honorable Sherilyn Peace Garnett, in Courtroom 5C of the United States Courthouse, located at 350 West First Street, Los Angeles, CA 90012, Blumenthal Distributing, Inc. d/b/a Office Star ("Plaintiff"), through its attorneys of record, will present its Motion for Default Judgment against Defendants Gamesis, Inc. and Tony S. Cheng in accordance with Federal Rule of Civil Procedure 55 and Local Rule 55-1.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Points and Authorities and supporting Declaration of Kyle W. Kellar, and relies on its Complaint, the contents of the Court's file to date, and such other and further written or oral evidence as may be presented in connection with this Motion.

Dated: October 13, 2022

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By  /s/Kyle W. Kellar
David A. Dillard
Kyle W. Kellar

Attorneys for Plaintiff
BLUMENTHAL DISTRIBUTING, INC. dba OFFICE STAR

-1-

119035967.1