JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUMENTHAL DISTRIBUTING, INC. dba OFFICE STAR, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GAMESIS, INC., a suspended California corporation, and TONY S. CHENG, an individual,<br><br>Defendants. | Case No. 5:22-cv-01307-SPG-JC<br><br>**FINAL JUDGMENT**<br><br>**Hon. Sherilyn Peace Garnett** |

119640349.1

1.    IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered favor of Plaintiff Blumenthal Distributing, Inc. dba Office Star ("Plaintiff") and entered against Defendants Gamesis, Inc. and Tony S. Cheng (collectively, "Defendants") on the claims asserted by Plaintiff for trademark infringement and counterfeiting in violation of 15 U.S.C. § 1114; federal unfair competition in violation of 15 U.S.C. § 1125(a); federal anti-cybersquatting consumer protection act ("ACPA") in violation of 15 U.S.C. § 1125(d); unfair competition in violation of Cal. Bus. & Prof. Code §§ 17200, *et seq.*; false advertising in violation of Cal. Bus. & Prof. Code §§ 17500, *et seq.*; Intentional Interference with existing and prospective economic advantage; and California Common Law Unfair Competition.

2.    IT IS ORDERED, ADJUDGED, AND DECREED that Defendants, their partners, agents, servants, employees, attorneys and those persons in active concert with them are permanently enjoined and shall immediately cease all use in commerce of the marks OFFICE STAR or OFFICE STAR PRODUCTS or any other confusingly similar mark.

3.    IT IS ORDERED, ADJUDGED, AND DECREED that ownership of the domain name OFFICESTARSTORE.COM be transferred to Plaintiff.

4.    IT IS ORDERED, ADJUDGED, AND DECREED that Defendants shall pay, jointly and severally, for Plaintiff's reasonable attorneys' fees in the amount of $33,675.30 and Plaintiff's reasonable costs in the amount of $1,471.10.

IT IS SO ORDERED.

Dated: January 12, 2023

Honorable Sherilyn Peace Garnett
United States District Judge

-1-